WILSON RADIO COMPANY, INC., v. JOSEPH G. OVERMAN, JR., AND
WATSON INDUSTRIES, INC.

(Filed 24 February, 1954.)

APPEAL by defendant Watson Industries, Inc., from *Bone, Resident Judge* of Second Judicial District at Chambers in Nashville, North Carolina, 16 January, 1954, upon notice duly given.

Civil action for injunctive relief, and to recover damages of defendants for alleged breach by defendant Joseph G. Overman, Jr., of contract of employment, dated 26 June, 1953, in respect to preparing, broadcasting, and disseminating weather information exclusively for plaintiff, and not for any other corporation, firm or person, either by radio, television or any other means except by and with the consent of plaintiff,—in which breach of contract defendant, Watson Industries, Inc., participated, by unlawfully conspiring with defendant to bring about the breach.

Defendant Watson Industries, Inc., demurred to the complaint for that it appears on the face thereof that there is a misjoinder of parties defendant, and of causes of action.

The demurrer was overruled, and defendant Watson Industries, Inc., appeals to Supreme Court, and assigns error.

*Carr & Gibbons for plaintiff, appellee.*
*Lucas, Rand & Rose for defendant, appellant.*

PER CURIAM.   The judgment below is accordant with the principles stated and applied in the cases of *Sineath v. Katzis,* 218 N.C. 740, 12 S.E. 2d 671, and of *Winston v. Lumber Co.,* 227 N.C. 339, 42 S.E. 2d 218. Hence the judgment is hereby

Affirmed.

---

EFIRD L. HINE AND WIFE, MARIA F. HINE, LOUISE HINE WESTBROOK
AND HUSBAND, GEORGE A. WESTBROOK, AND WACHOVIA BANK AND
TRUST COMPANY, TRUSTEE FOR FRANCES J. HINE, MARGARET HINE
HURLEY, AND GILBERT C. HINE UNDER THE WILL OF CECIL C. HINE,
DECEASED, v. ELLIS BLUMENTHAL AND WIFE, MRS. ELLIS BLUMEN-
THAL.

(Filed 3 March, 1954.)

**1. Declaratory Judgment Act § 2a—**
    An alleyway ending in a *cul-de-sac* was referred to in the respective deeds to contiguous lots. *Held:* The right to close a part of the alley at